**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1161

T. CAMILLE FADIA,

        Plaintiff - Appellant,

    v.

VIJAY B. FADIA,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:20-cv-01006-NCT-JLW)

Submitted:  May 18, 2023                                    Decided:  May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

T. Camille Fadia, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Camille Fadia appeals the district court's order adopting the recommendation of the magistrate judge, setting aside the clerk's entry of default against Defendant, granting Defendant's motion to dismiss for lack of personal jurisdiction, and dismissing her civil action with prejudice. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's order, *Fadia v. Fadia*, No. 1:20-cv-01006-NCT-JLW (M.D.N.C. Jan. 26, 2023), to reflect dismissal of Fadia's action without prejudice, *see S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013) (explaining that court lacking "jurisdiction has no power to adjudicate and dispose of a claim on the merits"); *see also Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006) ("[D]ismissals for lack of jurisdiction should be without prejudice because the court, having determined that it lacks jurisdiction . . . , is *incapable* of reaching a disposition on the merits of the underlying claims."), and affirm the order as modified, *see* 28 U.S.C. § 2106; *MM ex rel. DM v. Sch. Dist. of Greenville Cnty.*, 303 F.3d 523, 536 (4th Cir. 2002) ("[W]e are entitled to affirm the court's judgment on alternate grounds, if such grounds are apparent from the record.").

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2